# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2006

130706

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE TERRENCE WEST, JR., and STEPHEN
WOODS, JR., Minors

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

LAREE J. PATTON,
       Respondent-Appellant,

and

TERRENCE WEST, SR., and STEPHEN
WOODS, SR.,
       Respondents.

SC: 130706
COA: 264194
Berrien CC
Family Division: 03-000066-NA

_____/

On order of the Court, the application for leave to appeal the February 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0328

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2006

Clerk